441 A.2d 457

Nixon etc., v. Sharon Steel Corporation et al.

Appeal of The Hansen Manufacturing Company.

Argued September 29, 1981. Jane Ann Thompson, for appellant; James A. McGregor, for appellees.

532

Before CAVANAUGH, MONTEMURO and VAN der VOORT, JJ.

Summary judgment in favor of Sharon Steel Corporation affirmed.